**NATIONAL LABOR RELATIONS
BOARD, Petitioner**

v.

**COASTAL CARGO COMPANY
INC., Respondent.**

No. 09–60156.

United States Court of Appeals,
Fifth Circuit.

June 23, 2010.

Linda Dreeben, Assistant General Counsel, Julie Brock Broido, Supervisory Attorney, Ruth E. Burdick, Milakshmi Varuni Rajapakse, Esq., National Labor Relations Board, Washington, DC, M. Kathleen McKinney, National Labor Relations Board, New Orleans, LA, for Petitioner.

Peyton S. Irby, Jr., Esq., Karen Gwinn Clay, Esq., Watkins Ludlam Winter & Stennis, P.A., Jackson, MS, for Respondent.

Before REAVLEY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM: *

In this case, we are asked to review whether the National Labor Relations Board ("the Board") erred in finding that Coastal Cargo Company ("Coastal Cargo") committed unfair labor practices in violation of the National Labor Relations Act.

On appeal, Coastal Cargo raised a threshold issue, arguing that under Section

3(b) of the Act, the two-member Board which issued the order in this case was without lawful authority to render a decision. While this appeal was pending, the Supreme Court decided *New Process Steel, L.P. v. National Relations Board,* 560 U.S. —— (2010), and agreed with respondent's position that the two member board had no authority to adjudicate cases pending before the Board.

Accordingly, we vacate the Board's order and remand for further proceedings consistent with this opinion.

VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.